IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00569-M

| | |
|---|---|
| RUBY N. DENNARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| PETER ASSANTE, | ) ) ) |
| Defendant. | ) |

This matter comes before the court on Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction [DE 4] and Plaintiff's "Motion to Withdraw from My Case" [DE 9]. Plaintiff, proceeding pro se, asks to "voluntary[il]y withdraw from the case" due to an inability to retain counsel. DE 9. Defendant has filed neither an answer nor a motion for summary judgment in this action; accordingly, the court liberally construes Plaintiff's "motion" as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, for which she need not seek leave of court. Defendant also construes the document as a Rule 41(a)(1)(A)(i) notice. *See* DE 10.

Therefore, Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE, and the pending motions [DE 4, 9] are DENIED as moot. The Clerk of the Court is directed to close this case.

SO ORDERED this 6th day of November, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE