UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RUBY N. DENNARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER ASSANTE, )<br>)<br>Defendant. )<br>)<br>) | **JUDGMENT**<br>**CASE NO. 5:25-CV-569-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE, and the pending motions [DE 4, 9] are DENIED as moot. The Clerk of the Court is directed to close this case.

This Judgment filed and entered on November 7, 2025, and copies to:
Ruby N. Dennard (via US Mail to 767 Ambrose Hall Lane, Wendell, NC 27591)
Counsel of record for all parties (via CM/ECF Electronic Notification)

November 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk